JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNG SOOK CHOI, an individual; ALLAN J. FRANKEL, individually and as trustee of the ALLAN JACK FRANKEL SEPARATE PROPERTY TRUST, DATED JUNE 20, 2019; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01588-RSWL-MRWx<br><br>[PROPOSED] ORDER TO VACATE ALL CURRENTLY SET DATES |

After consideration of the Notice of Settlement filed by Plaintiff Carmen John Perri, the Court hereby vacates all currently set dates in the above captioned case and moves the case to the inactive calendar.

IT IS SO ORDERED.

DATED: April 7, 2021          /S/ RONALD S.W. LEW
                              _____
                              HON. RONALD S. W. LEW
                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSAL WITH PREJUDICE